**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-6498**

---

WILLIAM MCGHEE,

                                  Plaintiff - Appellant,

       versus

STOUT, Correctional Officer; WYNN WILLIAMS;
ANDERSON, Correctional Officer; FERGUSON,
Correctional Officer; JOHN DOE, I; JOHN DOE,
II; JOHN DOE, III; D. TAYLOR, Correctional
Officer; MR. HENSLEY, Hearing Officer; STANLEY
YOUNG, Warden; MOSCO WYNN, Correctional
Officer,

                                  Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Jackson L. Kiser, Senior
District Judge. (CA-03-426-7-JLK)

---

Submitted:  November 22, 2005      Decided:  December 2, 2005

---

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

William McGhee, Appellant Pro Se.  William W. Muse, Assistant
Attorney General, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William McGhee appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000) for failure to state a claim. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See McGhee v. Stout, No. CA-03-426-7-JLK (W.D. Va. Jan. 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED